LAVERNE ET AL. *v.* INCORPORATED VILLAGE OF LAUREL HOLLOW ET AL.

No. 984.   Decided April 17, 1967.

*Monroe H. Freedman* for appellants.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for the reason that the judgment sought to be reviewed rests upon an adequate state ground.

WALKER *v.* ARKANSAS.

No. 1014.   Decided April 17, 1967.

*Fletcher Jackson* for appellant.

*Joe Purcell,* Attorney General of Arkansas, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.